JAMES A. ORONOZ, ESQ.
Nevada Bar No. 6769
ORONOZ & ERICSSON, LLC
1050 Indigo Drive, Suite 120
Las Vegas, Nevada 89145
Telephone: (702) 878-2889
Facsimile: (702) 522-1542
jim@oronozlawyers.com

*Attorney for Tiffany Henderson*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br><br>vs.<br><br>TIFFANY TIARRA HENDERSON,<br>    Defendant. | CASE NO: 2:18-cr-356-APG-DJA-2<br><br>**STIPULATION AND ORDER TO CONTINUE SENTENCING**<br><br>(Third Request) |

IT IS HEREBY STIPULATED AND AGREED by Tiffany Henderson, by and through her attorney, JAMES A. ORONOZ, ESQ., and the United States of America, by and through PETER S. LEVITT, ESQ., Assistant United States Attorney, that the sentencing hearing currently scheduled for March 10, 2020, at 9:00 a.m., be vacated and continued at least forty-five (45) days past the current sentencing date to a date and time that is convenient to this Honorable Court.

The request for a continuance is based upon the following:

1. Defense Counsel is finalizing issues for the upcoming sentencing and requires additional time to finish gathering mitigation documents prior to the sentencing.

2. Defendant Tiffany Henderson is not in custody, and she has no objection to the continuance.

1

3. Defense Counsel for has spoken to AUSA Peter Levitt, and he agrees to the continuance.

4. The additional time requested herein is not sought for purposes of delay.

5. The additional time requested by this Stipulation to Continue Sentencing is reasonable pursuant to Fed.R.Crim.P. 32(b)(2), which states that the "court may, for good cause, change any time limits prescribed by this rule."

6. Additionally, denial of this request for continuance could result in a miscarriage of justice.

DATED: March 2, 2020

Respectfully submitted,

| | |
|---|---|
| /s/ James A. Oronoz | /s/ Peter S. Levitt |
| James A. Oronoz, Esq. | Peter S. Levitt, Esq. |
| Oronoz & Ericsson, LLC | Assistant United States Attorney |
| 1050 Indigo Drive, Suite 120 | 501 Las Vegas Boulevard, South, Suite 1100 |
| Las Vegas, Nevada, 89145 | Las Vegas, Nevada, 89101 |
| Attorney for Tiffany Henderson | Attorney for the United States of America |

IT IS HEREBY ORDERED that the Sentencing Hearing currently scheduled for March 10, 2020, at 9:00 A.M., be continued to April 29, 2020, at 10:30 A.M., in courtroom 6C.

DATED this 3rd day of March, 2020.

_____
UNITED STATES DISTRICT JUDGE