JAMES A. ORONOZ, ESQ.
Nevada Bar No. 6769
ORONOZ & ERICSSON, LLC
1050 Indigo Drive, Suite 120
Las Vegas, Nevada 89145
Telephone: (702) 878-2889
Facsimile: (702) 522-1542
jim@oronozlawyers.com

*Attorney for Tiffany Henderson*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>vs.<br><br>TIFFANY TIARRA HENDERSON,<br>Defendant. | CASE NO:  2:18-cr-356-APG-DJA-2<br><br>**STIPULATION AND ORDER TO CONTINUE SENTENCING**<br><br>(Fourth Request) |

IT IS HEREBY STIPULATED AND AGREED by Tiffany Henderson, by and through her attorney, JAMES A. ORONOZ, ESQ., and the United States of America, by and through PETER S. LEVITT, ESQ., Assistant United States Attorney, that the video sentencing hearing currently scheduled for April 29, 2020, at 10:30 a.m., be vacated and continued at least forty-five (45) days past the current sentencing date to a date and time that is convenient to this Honorable Court.

The request for a continuance is based upon the following:

1.     Due to safety issues and closures related to the coronavirus, COVID-19, the parties request that the sentencing hearing in this matter be continued. On March 16, 2020, the Chief Judge of the United States District Court for the District of Nevada issued Temporary General Order 2020-03, wherein the Chief Judge explained that due to COVID-19, the President of the United States has declared a national emergency, and state and local governments have declared local emergencies. Due to the continuing health emergency

from the spread of COVID-19, continuing the sentencing hearing in this case will serve the interests outlined in the Temporary General Order 2020-03.

2. On March 19, 2020, the Chief Judge of the United States District Court for the District of Nevada issued Temporary General Order 2020-04, which stressed the need to eliminate in-person court appearances. Although Temporary General Order 2020-05 provides limited circumstances in which a sentencing may be conducted via video conference, the parties in this case submit that the interests of justice will be best served by continuing the sentencing hearing until in-person appearances are considered safe.

3. Defendant Tiffany Henderson is not in custody, and she has no objection to the continuance.

4. Defense Counsel for has spoken to AUSA Peter Levitt, and he agrees to the continuance.

5. The additional time requested herein is not sought for purposes of delay.

6. The additional time requested by this Stipulation to Continue Sentencing is reasonable pursuant to Fed.R.Crim.P. 32(b)(2), which states that the "court may, for good cause, change any time limits prescribed by this rule."

7. Additionally, denial of this request for continuance could result in a miscarriage of justice.

DATED: April 15, 2020

Respectfully submitted,


/s/ James A. Oronoz                          /s/ Peter S. Levitt
James A. Oronoz, Esq.                       Peter S. Levitt, Esq.
Oronoz & Ericsson, LLC                      Assistant United States Attorney
1050 Indigo Drive, Suite 120                501 Las Vegas Boulevard, South, Suite 1100
Las Vegas, Nevada, 89145                    Las Vegas, Nevada, 89101
Attorney for Tiffany Henderson              Attorney for the United States of America

IT IS SO ORDERED:
The sentencing hearing currently set for April 29, 2020 is vacated and continued to June 23, 2020 at 2:00 p.m. in LV Courtroom 6C before the Honorable Andrew P. Gordon.

_____
UNITED STATES DISTRICT JUDGE

DATED this   15th day of   April        , 2020.

2