# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

United States of America,

        Plaintiff,

v.

Tiffany Tiarra Henderson,

        Defendant.

Case No. 2:18-cr-356-APG-DJA-2

**ORDER**

(ECF Nos. 102, 103)

    The hearing on the Petition for Action on Conditions of Pretrial Release (ECF Nos. 102, 103) currently set for June 23, 2020 at 2:00 p.m. PDT is **RESCHEDULED to June 17, 2020 at 2:00 p.m. PDT**. The hearing will be conducted by Magistrate Judge Daniel J. Albregts via video conferencing. Magistrate Judge Albregts will enter a separate order with directions for joining the video conference.

    Dated: June 11, 2020.

                                                          _____
                                                           ANDREW P. GORDON
                                                            UNITED STATES DISTRICT JUDGE