Prob12B
D/NV Form
Rev. June 2014

# United States District Court
## for
## the District of Nevada

**REQUEST FOR MODIFICATION**
**TO CONDITIONS OF SUPERVISION WITH CONSENT OF OFFENDER**
*Probation Form 49 (Waiver of Hearing) is Attached*
**January 4, 2021**

Name of Offender: **Tiffany Tiarra Henderson**

Case Number: **2:18CR00356**

Name of Sentencing Judicial Officer: **Honorable Andrew P. Gordon**

Date of Original Sentence: **June 23, 2020**

Original Offense: **Illegal Acquisition of a Firearm and Aidign and Abetting**

Original Sentence: **367 Days prison, followed by 36 Months TSR.**

Date Supervision Commenced: **April 29, 2021**

## PETITIONING THE COURT

☒ To modify the conditions of supervision as follows:

1. **Residential Reentry Center** – You must reside in a residential reentry center for a period up to 120 days. You must follow the rules and regulations of the center.

## CAUSE

Ms. Henderson is currently under the jurisdiction of the Bureau of Prisons and is scheduled to complete her custodial sentence on April 29, 2021, and will reside in Las Vegas, Nevada, for the remainder of her 36-month term of supervised release.

Currently, she is without a viable release address and does not have the financial resources to secure independent living at this time. Therefore, it is recommended her conditions be modified to include placement at our local residential re-entry center for a period up to 120 days. It is with hope such a placement will afford her the opportunity to establish gainful employment to provide her with the financial means to secure a viable residence. Ms. Henderson has no objection to this modification as witnessed by her signature on the attached Waiver of Hearing. The U.S. Probation Officer would also respectfully request the subsistence be waived in order for the offender to secure herself financially at a faster rate.

RE: Tiffany Tiarra Henderson

Prob12B
D/NV Form
Rev. June 2014

Respectfully submitted,

*Erica Denney* (Digitally signed by Erica Denney
Date: 2021.01.04 12:40:33 -08'00')

Erica Denney
U.S. Probation Officer

Approved:

*Joy Gabonia* 2021.01.04 11:36:05 -08'00'

Joy Gabonia
Supervising U.S. Probation Officer

*THE COURT ORDERS*

☐   No Action.

☐   The extension of supervision as noted above.

☒   The modification of conditions as noted above

☐   Other (please include Judicial Officer instructions below):

---

---

---

_____
Signature of Judicial Officer

___January 4, 2021_____
Date

PROB 49
(3/89)

# UNITED STATES DISTRICT COURT

### District of Nevada

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release or Extend Term of Supervision

    I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

    I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

**Residential Reentry Center** – You must reside in a residential reentry center for a period up to 120 days. You must follow the rules and regulations of the center.

Witness _____  Signed _____
U.S. Probation Officer (Digitally signed by Erica Denney, Date: 2021.01.04 11:00:36 -08'00')  Probationer or Supervised Releasee

Date  12/27/2020