Prob12B
D/NV Form
Rev. June 2014

# United States District Court
## for
## the District of Nevada

**REQUEST FOR MODIFICATION
TO CONDITIONS OF SUPERVISION WITH CONSENT OF OFFENDER**
*Probation Form 49 (Waiver of Hearing) is Attached*
**November 18, 2022**

Name of Offender: **Tiffany Tiarra Henderson**

Case Number: **2:18CR00356**

Name of Sentencing Judicial Officer: **Honorable Andrew P. Gordon**

Date of Original Sentence: **June 23, 2020**

Original Offense: **Illegal Acquisition of a Firearm, and Aiding and Abetting**

Original Sentence: **367 Days prison, followed by 36 Months TSR.**

Date Supervision Commenced: **June 17, 2021**

Name of Assigned Judicial Officer: **Honorable Andrew P. Gordon**

## PETITIONING THE COURT

☒ To modify the conditions of supervision as follows:

**Alcohol Monitoring – You must complete remote alcohol monitoring via BI for a period of 90 days, as approved and directed by the probation officer.**

## CAUSE

On June 17, 2021, Henderson commenced her supervised release and on August 14, 2021 she received her first positive for alcohol, which she denied. Henderson tested positive again for alcohol on May 30, 2022, which she admitted to, and then most recently on November 14, 2022. This positive was addressed with Henderson who admitted to consuming alcohol prior to testing that day.

RE: Tiffany Tiarra Henderson

Prob12B
D/NV Form
Rev. June 2014

It is the opinion of the probation office and also Henderson's counselor that she has been regularly consuming alcohol based upon her history with alcohol noted in the presentence report, and her counselor's observations of her during her counseling sessions. As such, the probation office requests that her conditions be modified to include alcohol monitoring for ninety (90) days to monitor her alcohol use more closely. Henderson is in agreement with this modification as noted by her signature on the attached probation form 49.

Respectfully submitted,

Digitally signed by Cecil B McCarroll III
Date: 2022.12.01 10:48:45 -08'00'

Cecil McCarroll
United States Probation Officer

Approved:

Digitally signed by Brian Blevins
Date: 2022.12.01 10:27:05 -08'00'

Brian Blevins
Supervisory United States Probation Officer

RE: Tiffany Tiarra Henderson

Prob12B
D/NV Form
Rev. June 2014

---

## THE COURT ORDERS

☑     The modification of conditions as noted above

☐     No Action.

☐     Other (please include Judicial Officer instructions below):

---------------------------------------------------------------------------------

---------------------------------------------------------------------------------

---------------------------------------------------------------------------------

 

_____
Signature of Judicial Officer

December 2, 2022
_____
Date