# FILED UNDER SEAL

Prob12C
D/NV Form
Rev. March 2017

**United States District Court**
**for**
**the District of Nevada**

**PETITION FOR SUMMONS**
**FOR OFFENDER UNDER SUPERVISION**

Name of Offender: **Tiffany Tiarra Henderson**

Case Number: **2:18CR00356**

Name of Sentencing Judicial Officer: **Honorable Andrew P. Gordon**

Date of Original Sentence: **June 23, 2020**

Original Offense: **Illegal Acquisition of a Firearm and Aiding and Abetting**

Original Sentence: **367 Days prison, followed by 36 Months TSR.**

Date Supervision Commenced: **June 17, 2021**

Name of Assigned Judicial Officer: **Honorable Andrew P. Gordon**

**PETITIONING THE COURT**

☒ To issue a summons:

The probation officer believes the offender has violated the following condition(s) of supervision:

1. **Substance Abuse Treatment** – You must participate in an outpatient substance abuse treatment program and follow the rules and regulations of that program. The probation officer will supervise your participation in the program (provider, location, modality, duration, intensity, etc.). You must pay the costs of the program.

   Henderson failed to report for scheduled treatment sessions on the following dates:

   a) June 20, 2022
   b) June 27, 2022

RE: Tiffany Tiarra Henderson

Prob12C
D/NV Form
Rev. March 2017

  c) July 6, 2021
  d) August 1, 2022
  e) August 19, 2022
  f) August 29, 2022
  g) September 12, 2022
  h) September 26, 2022
  i) November 21, 2022
  j) November 28, 2022
  k) December 12, 2022
  l) December 28, 2022
  m) January 9, 2023

2. **<u>Mental Health Treatment</u> – You must participate in a mental health treatment program and follow the rules and regulations of that program. The probation officer, in consultation with the treatment provider, will supervise your participation in the program (provider, location, modality, duration, intensity, etc.). You must pay the costs of the program.**

   Henderson failed to report for scheduled treatment sessions on the following dates:

     a) July 18, 2022
     b) August 29, 2022
     c) September 12, 2022
     d) October 21, 2022

3. **<u>No Alcohol</u> – You must not use or possess alcohol.**

   a) On August 14, 2021, Henderson blew a .032 during a scheduled drug test.

   b) On May 30, 2022, Henderson blew a .014 during a scheduled drug test. Lab results confirmed the presence of alcohol in her system and she admitted to consuming a "shot" the night before.

   c) On November 14, 2022, Henderson blew a .081 during a scheduled drug test. She admitted to having a beer in the morning before her test.

   d) On December 16, 2022 at 9:03 A.M., Henderson blew a .056 on her soberlink device. She admitted to having two glasses of wine at dinner the night before.

RE: Tiffany Tiarra Henderson

Prob12C
D/NV Form
Rev. March 2017

    e) On December 19, 2022 at 9:07 A.M., Henderson blew a .032 on her soberlink device. She admitted to buying a box of wine after work and consuming some of it but was not clear on the amount or when her last drink was.

4. **Drug Testing – You must submit to substance abuse testing to determine if you have used a prohibited substance.** *Testing shall not exceed 104 tests per year.* **You must pay the costs of the testing. You must not attempt to obstruct or tamper with the testing methods.**

Henderson failed to report for scheduled drug testing on the following date:

    a) March 5, 2022

Henderson tested positive for marijuana on the following dates:

    b) March 31, 2022 – Denied use; lab later confirmed positive.
    c) April 16, 2022 – Denied use; lab later confirmed positive.
    d) May 7, 2022 – Denied use; lab later confirmed positive.
    e) December 22, 2022 – Denied use; lab later confirmed positive.
    f) December 29, 2022 – Denied use; lab later confirmed positive.
    g) January 2, 2023 – Denied use; lab later confirmed positive.
    h) January 12, 2023 – Denied use; lab later confirmed positive

5. **Alcohol Monitoring – You must complete remote alcohol monitoring via BI for a period of 90 days, as approved and directed by the probation officer.**

On December 2, 2022, the Court modified Henderson's conditions to include alcohol monitoring for a period of 90 days. Listed below are the scheduled breath tests that Henderson has missed since being on the device:

    a) December 14, 2022 at 9:00 A.M. – follow up test taken at 12:01 P.M
    b) December 21, 2022 at 9:00 A.M. – follow up test taken at 9:32 A.M.
    c) December 26, 2022 at 9:00 A.M. – follow up test taken at 10:17 A.M.
    d) December 29, 2022 at 9:00 A.M. – follow up test taken at 9:30 A.M.
    e) January 3, 2023 at 9:00 A.M. – follow up test taken at 9:45 A.M.
    f) January 4, 2023 at 9:00 A.M. – follow up test taken at 9:51 A.M.
    g) January 10, 2023 at 9:00 A.M. – follow up test taken at 9:23 A.M.
    h) January 20, 2023 at 6:00 P.M. – follow up test taken at 10:02 P.M.

RE: Tiffany Tiarra Henderson

Prob12C
D/NV Form
Rev. March 2017

**U.S. Probation Officer Recommendation**:

The term of supervision should be:

☒ Revoked

I declare under penalty of perjury that the information contained herein is true and correct,

Executed on **January 24, 2023**

Digitally signed by Cecil B McCarroll III
Date: 2023.01.25 09:35:25 -08'00'

Cecil McCarroll
United States Probation Officer

Approved:

Digitally signed by Brian Blevin
Date: 2023.01.24 19:01:25 -08'00'

Brian Blevins
Supervisory United States Probation Officer

**RE: Tiffany Tiarra Henderson**

Prob12C
D/NV Form
Rev. March 2017

## *THE COURT ORDERS*

☐   No Action.
☐   The issuance of a warrant.
☑   The issuance of a summons.
☐   Other:

_____
Signature of Judicial Officer

January 25, 2023
Date

RE: Tiffany Tiarra Henderson

Prob12C
D/NV Form
Rev. March 2017

**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEVADA**
**UNITED STATES V. TIFFANY TIARRA HENDERSON,  2:18CR00356**

---

**SUMMARY IN SUPPORT OF PETITION FOR SUMMONS**
**January 24, 2023**

---

On June 23, 2020, the Court sentenced Henderson to 12 months and 1 day, per count, concurrent followed by 3 years of supervised release, per count, concurrent. On June 17, 2021, Henderson commenced supervised release in the District of Nevada. Since that time, Henderson has incurred numerous violations while on supervised release.

Henderson started her supervision in 2021 being homeless essentially while working a full-time job. Despite being homeless, Henderson was able to maintain her employment and do reasonably well on supervision making her drug tests and attending treatment. As noted above, her drug and alcohol use didn't really pick up until the summer of 2022. To address the drug and alcohol use, the undersigned increased drug testing frequency and notified her counselor each time she tested positive. The undersigned also met her both her counselors on a monthly basis to discuss her case.

During these monthly meetings, both her counselors expressed concern that maybe she might be using alcohol based upon her conduct during some of their sessions. This suspicion was later confirmed by an alcohol positive test on November 14, 2022 where Henderson submitted a BrAC of .081 and admitted to having a beer prior to going to take her test. The undersigned then requested Henderson's conditions be modified to include alcohol monitoring for 90 days and on December 2, 2022, the Court agreed to the modification.

Since being on alcohol monitoring, Henderson has tested positive for alcohol twice and she missed a breath test on seven (7) separate occasions. To address the continued alcohol use, Henderson was referred to intensive outpatient treatment (IOP) on December 21, 2022 and since that time has already missed two sessions including her first session on December 28, 2022.The undersigned is concerned as recently it appears Henderson has replaced her alcohol use with marijuana use.

During the course of supervision, Henderson has admitted to the undersigned that she suffers from anxiety and admitted to previously using marijuana to address the anxiety instead of medication. The undersigned has reminded Henderson on numerous occasions that she cannot use marijuana while on supervision and that she must find an alternative. The undersigned has given her options in the community on where she can obtain anxiety medication as well and notifying her counselor that she need a prescription for anxiety. Henderson has unfortunately failed to take advantage of these opportunities and has instead attempted to self-medicate.

Given all the violations noted above, the undersigned respectfully requests that a Summons be issued so that Henderson may appear before the Court to address these violations.

RE: Tiffany Tiarra Henderson

Prob12C
D/NV Form
Rev. March 2017

Respectfully submitted,

Digitally signed by Cecil B McCarroll III
Date: 2023.01.25 10:16:56 -08'00'

Cecil McCarroll
United States Probation Officer

Approved:

Digitally signed by Brian Blevin
Date: 2023.01.25 09:42:20 -08'00'

Brian Blevins
Supervisory United States Probation Officer